UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAY FIELDING,<br><br>        Plaintiff,<br><br>   v.<br><br>AMTRAK,<br><br>        Defendant. | No. 2:17-cv-01614 TLN AC (PS)<br><br>ORDER |

Plaintiff is proceeding in this action pro se. The action was accordingly referred to the undersigned by Local Rule 302(c)(21). On September 7, 2017, plaintiff filed a document designated a motion to compel. ECF No. 7. Upon review of the content of this motion, the undersigned construes it as a request for service. Plaintiff asserts that she has not received a copy of defendant's motion to dismiss, which was filed on August 8, 2017 at ECF No. 4. ECF No. 7 at 1-2. In order to ensure plaintiff's receipt of the motion, the Clerk of Court is hereby ORDERED to serve defendant's motion to dismiss, ECF No. 4, upon plaintiff.

Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Local Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in

1

sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

In order to allow plaintiff adequate time to respond to the motion to dismiss, the court will continue the motion hearing. The hearing will now take place on October 4, 2017 at 10 a.m. At this hearing the court will address the motion to dismiss as well as discuss some of the basic aspects of appearing in federal court as a self-represented litigant. Plaintiff has indicated that she is unsure of what to do with the consent or decline magistrate jurisdiction form. The court will discuss the difference between magistrate judges and district court judges at the hearing on defendant's motion to dismiss.

Finally, plaintiff indicates that she is seeking attorney representation. The court notes that until representation is secured, plaintiff is required to adhere to all deadlines and follow the Federal Rules of Civil Procedure and this Court's Local Rules, located at [http://www.caed.uscourts.gov/caednew/assets/File/EDCA%20Local%20Rules%20Effective%204-1-2017.pdf](http://www.caed.uscourts.gov/caednew/assets/File/EDCA%20Local%20Rules%20Effective%204-1-2017.pdf), as a self-represented. See Local Rule 183(a).

Good cause appearing, IT IS HEREBY ORDERED that:

1. The motion hearing date of September 27, 2017 is CONTINUED to October, 4, 2017 at 10:00 a.m. in Courtroom No. 4;
2. Plaintiff shall file an opposition – or a Statement of Non-Opposition – to the motion, no later than September 20, 2017. Failure to file an opposition or to appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b); and
3. The Clerk of Court shall serve upon plaintiff defendant's motion to dismiss, located at ECF No. 4.

DATED: September 8, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2