UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAY FIELDING,<br><br>    Plaintiff,<br><br> v.<br><br>AMTRAK,<br><br>    Defendant. | No. 2:17-cv-01614-TLN-AC<br><br><br>ORDER |

   This matter is before the court on defendant's motion to dismiss plaintiff's claim for punitive damages. ECF No. 4. Plaintiff is proceeding in this matter pro se, and accordingly this motion was referred to the undersigned pursuant to Local Rule 302(c)(21). The court instructed plaintiff that her response to defendant's motion was due by September 20, 2017. ECF No. 8. Plaintiff did not submit a response.

   Despite plaintiff's lack of response, the motion will remain on the calendar for October 4, 2017, at 10:00 a.m. ECF No. 8. Plaintiff and defendant are each expected to appear, and the court will address defendant's motion as well as the status of this case.

   IT IS SO ORDERED.

DATED: September 22, 2017.

                    _____
                    ALLISON CLAIRE
                    UNITED STATES MAGISTRATE JUDGE