| | |
|---|---|
| 1 | JACOB D. FLESHER – SBN 210565<br>JASON W. SCHAFF– SBN 244285 |
| 2 | JEREMY J. SCHROEDER – SBN 223118<br>**FLESHER SCHAFF & SCHROEDER, INC.** |
| 3 | 2202 Plaza Drive<br>Rocklin, CA 95765 |
| 4 | Telephone: (916) 672-6558<br>Facsimile: (916) 672-6602 |
| 5 | |
| 6 | Attorneys for defendant,<br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK |
| 7 | **KAY FIELDING** |
| 8 | 6779 Fox Road<br>Dixon, CA 95620 |
| 9 | In Pro Per |

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| KAY FIELDING,<br><br>Plaintiff,<br><br>vs.<br><br>AMTRAK; and DOES 1 through 20,<br><br>Defendants. | **CASE NO. 2:17-CV-01614-TLN-AC**<br>*Solano County Superior Court Case No: FCS048986*<br>*Complaint filed: 6/02/2017*<br>*Trial Date: n/a*<br><br>**STIPULATION OF KAY FIELDING AND NATIONAL RAILROAD PASSENGER CORPORATION REGARDING PLAINTIFF'S CLAIM FOR PUNITIVE DAMAGES**<br><br>**Date: 9/13/17**<br>**Time: 10:00 a.m.**<br>**Dept.: 26**<br><br>**Judge: Allison Claire** |

Plaintiff, in Pro Per and Defendant, the NATIONAL RAILROAD PASSENGER CORPORATION, doing business as AMTRAK, via its counsel do hereby stipulate as follows:

Plaintiff's claim for punitive damages is dismissed with prejudice.

IT IS SO STIPULATED.

|   |   |   |
|---|---|---|
| 1 |  | NATIONAL RAILROAD PASSENGER CORPORATION |
| 2 |  |  |
| 3 | DATED: 10/2/2017 | /s/ Jacob D. Flesher |
| 4 |  | By: JACOB D. FLESHER of |
| 5 |  | **FLESHER SCHAFF & SCHROEDER, INC**<br>**Attorneys for Defendant** |

DATED: 10/2/2017    /s/ Jacob D. Flesher

By:    JACOB D. FLESHER of
**FLESHER SCHAFF & SCHROEDER, INC**
**Attorneys for Defendant**

KAY FIELDING

DATED: 10/2/2017    /s/ Kay Fielding
Kay Fielding

This Stipulation is Accepted

So Ordered:

DATED:  October 3, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

### AUTHORITY TO ELECTRONICALLY FILE

I confirm that I received e-mail authority on October 2, 2017 from Plaintiff Kay Fielding to electronically file this stipulation.

DATED: 10/2/2017    /s/ Jacob D. Flesher

By:    JACOB D. FLESHER of
**FLESHER SCHAFF & SCHROEDER, INC**
**Attorneys for Defendant**