UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAY FIELDING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMTRAK and Does 1 through 20, ,<br><br>　　　　　Defendants. | No. 2:17-cv-01614 TLN AC (PS)<br><br><br>ORDER |

This case is before the undersigned pursuant to Local Rule 302(c)(21). On January 31, 2018, the undersigned conducted a pretrial scheduling conference in this case. ECF No. 16. Plaintiff did not appear. At the hearing, the court noted that plaintiff has not yet (1) submitted her paperwork to the court indicating whether or not she consents to magistrate judge jurisdiction in this case; nor (2) indicated to the court whether or not she wishes to waive disqualification and consent to the magistrate judge assigned to this case acting as the judge for a settlement conference.

The undersigned hereby ORDERS as follows:

1. The Clerk of Court shall re-serve the consent or decline forms upon plaintiff;
2. Plaintiff shall inform the court, within 10 days of this order, (a) whether she consents to magistrate judge jurisdiction in this matter, and (b) whether she consents to the magistrate judge assigned to this case acting as the settlement judge; and

1

3. If plaintiff does not respond to the court within 10 days, the court will assume that plaintiff does not waive disqualification regarding the settlement conference, and will set a settlement conference for this case with another magistrate judge by minute order.

IT IS SO ORDERED.

DATED: January 31, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE