UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAY FIELDING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMTRAK,<br><br>　　　　　Defendants. | No. 2:17-cv-01614 TLN AC (PS)<br><br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. The action was accordingly referred to the undersigned by Local Rule 302(c)(21). On March 5, 2018, defendant filed a motion to compel. ECF No. 19. While motions to compel generally require a joint statement by the parties, defendant appears to allege plaintiff's complete and total failure to participate in discovery. Thus, Local Rule 251(e) controls, and plaintiff's response was due no later than seven (7) days before the hearing date. Defendant's motion is set to be heard on April 4, 2018. ECF No. 19. Plaintiff has not responded to the motion.

The court will re-set the hearing on defendant's motion in order to give plaintiff a second opportunity to respond. Local Rule 230(j) provides that failure to appear at the hearing may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The motion hearing date of April 4, 2018 is CONTINUED to April 25, 2018, at 10:00 a.m. in Courtroom No. 26;

2. Plaintiff shall file an opposition – or a Statement of Non-Opposition – to the motion, no later than April 18, 2018. Failure to file an opposition or to appear at the hearing may be deemed as a statement of non-opposition and may result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: March 29, 2018.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE